AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Jane Doe LS 122 <br><br> *Plaintiff(s)* <br> v. <br><br> Uber Technologies, Inc., a Delaware Corporation; <br> Rasier, LLC, a Delaware Limited Liability Company; <br> Rasier-CA, LLC, a Delaware Limited Liability Company <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-05332-CRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC
c/o CT Corporation
330 N Brand Blvd Suite 700,
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William A. Levin, Laurel L. Simes, David M. Grimes, Samira J. Bokaie
Levin Simes LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Mark B. Busby

Date: August 19, 2024

*Signature of Clerk or Deputy Clerk*